IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY MANN, | ) | Civil Action No. 2:20-cv-2030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | HONORABLE PATRICIA L. DODGE |
| v. | ) | |
| | ) | |
| WOODLAND HILLS SCHOOL DISTRICT, | ) ) | |
| | ) | Electronically Filed. |
| Defendant. | ) | |

STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice with each party to bear its own costs.

Respectfully submitted,

*s/Joel S. Sansone*
Joel S. Sansone, Esquire
Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194
PA ID No. 41008

*s/Frederick J. Wolfe*
Frederick J. Wolfe, Esquire
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212
PA ID No. 56865

August 26, 2021

By the Court:

_____ J.